UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JAMES A. THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. ) | Civil Case No. 97cv1015 (RJL) |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 19th day of March 2007, hereby

**ORDERED** that defendant's Motion for Judgment on the Pleadings [#104] is **GRANTED**, and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

